Fill in this information to identify the case:

Debtor name: **Ranch Associates Oil and Gas Fund, LLC**
United States Bankruptcy Court for the: **DISTRICT OF KANSAS**
Case number (if known): **16-10636**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aarons<br>1600 E 1st St<br>Pratt, KS 67124 | | | | | | $6,111.74 |
| City of Goddard<br>118 North Main<br>Goddard, KS 67052 | | Utility Service | | | | $220.10 |
| Home Lumber & Supply<br>209 South Main<br>Medicine Lodge, KS 67104 | | | | | | $2,757.82 |
| Rural Water District #1<br>PO Box 81<br>Murdock, KS 67111-0081 | | | | | | $217.50 |
| Suppesville Fuel LLC<br>PO Box 517<br>Ellinwood, KS 67526-0517 | | | | | | $367.82 |
| Westar Energy<br>PO Box 889<br>Topeka, KS 66601-0889 | | | | | | $96.91 |